# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.: 2:08-424 |
| | ) | |
| -vs- | ) | |
| | ) | |
| LEONARD CHRISTOPHER BROWN, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

This matter is before the court upon the request of the Bureau of Prisons for an extension of time to complete the mental health treatment of defendant Leonard Christopher Brown.

**IT IS ORDERED** that the mental health treatment of defendant Leonard Christopher Brown be completed by May 24, 2010.

_____
David C. Norton
Chief United States District Judge

Charleston, South Carolina
February 3, 2010